UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darius Montea Howard**                              **Docket No. 7:21-CR-124-1BO**

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darius Montea Howard, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 27, 2022, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Darius Montea Howard was released from custody on May 19, 2023, at which time the term of supervised release commenced.

On May 25, 2023, the defendant failed a drug test by testing positive for marijuana. In response to the violation, on June 9, 2023, the court agreed to add a drug treatment condition and he completed a substance abuse assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 7, 2023, the defendant's treatment provider recommended he complete individual counseling and integrated treatment for dual disorders. The U.S. Probation Officer agrees with this recommendation, and the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ David W. Leake                              /s/ Korey A. Cross
David W. Leake                                  Korey A. Cross
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                414 Chestnut Street, Suite 102
                                                Wilmington, NC 28401-4290
                                                Phone: 910-679-2051
                                                Executed On: September 6, 2023

**Darius Montea Howard**
**Docket No. 7:21-CR-124-1BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____ 6 _____ day of ~~Sept.~~ _____, 2023, and ordered filed and made a part of the records in the above case.

_Terrence A. Boyle_
Terrence W. Boyle
United States District Judge